UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-839-CR-MOORE/SIMONTON

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ARTURO MORALES, SR.**,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR FINAL DISPOSITION OF DETAINER

Presently pending before this Court is Defendant Arturo Morales, Sr.'s pro se Motion for Final Disposition of Detainer (DE # 592). The Government has filed a Response to the Motion (DE # 596). This matter has been referred to the undersigned Magistrate Judge by the Honorable K. Michael Moore, United States District Judge (DE # 597). For the following reasons, the undersigned denies the Motion without prejudice.

    I.    **BACKGROUND**

Defendant Arturo Morales was transferred from state custody in Alabama to this Court, pursuant to a writ of habeas corpus ad prosequendum, to face charges that he violated the conditions of his supervised release. Prior to the time that he was transferred, he filed a *pro se* document entitled "Final Disposition," in which he requested information concerning a detainer which had been placed on him in May 2008, and requested information concerning a demand he had previously made for a speedy trial within 180 days, pursuant to the Interstate Agreement on Detainers Act ("IADA") (DE # 592). His specific complaint was that the existence of the detainer was preventing him from earning a lower custody status at a lower level facility. After the Defendant was

brought into this District, he was appointed counsel to represent him in this matter. The undersigned Magistrate Judge entered an Order which set a telephonic status conference, and also provided that if the Defendant filed a written admission as to all of the violations, the hearing would be canceled, and the final sentencing hearing would be scheduled by the District Judge (DE # 611). Thereafter, defense counsel filed a written admission of the alleged supervised release violations (DE # 612), and the telephonic status conference was canceled.

## II.   ANALYSIS

In the Motion, Mr. Morales has cited no legal authority to support the proposition that the IADA affords him any relief from the present proceedings. In any event, it appears that the issuance of the writ of habeas corpus ad prosequendum supersedes any detainer that may have been placed on him, and affords him the relief he sought. Moreover, the Government's response cites ample authority that the IADA does not apply to supervised release revocation proceedings, citing *Carchman v. Nash*, 473 U.S. 716, 725-27 (1985) (DE # 596). Finally, Defense Counsel has not sought any relief for the Defendant pursuant to the IADA, nor has Counsel or the Defendant filed a reply controverting the Government's contentions that such relief is not available. Therefore, the pro se motion is denied, without prejudice. If counsel seeks any relief from the imposition of sentence in this case, a motion and accompanying memorandum of law must be filed.

## III.   CONCLUSION

Accordingly, for the reasons contained herein, it is hereby

**ORDERED AND ADJUDGED** that the Defendant Arturo Morales, Sr.'s pro se

Motion for Final Disposition of Detainer (DE # 592) is **DENIED,** without prejudice.

**DONE AND SUBMITTED** in Miami, Florida, this 20th day of May, 2010.

*Andrea M. Simonton*

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
All counsel of record